

# NUMBER 13-21-00288-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

CASTINE MCILHARGEY AND
JODY MCINTYRE, INDIVIDUALLY,
AND DERIVATIVELY ON BEHALF OF
A+ PRO RECOVERY AND TOWING, LLC,                    Appellants,

v.

ERIK M. HAGER, JASON RIOS,
EDUARDO PENA, JOANNA PENA,
AND SOUTH PADRE TOWING AND
RECOVERY, LLC,                                      Appellees.

---

On appeal from the 107th District Court
of Cameron County, Texas.

---

# ORDER

Before Justices Benavides, Longoria and Tijerina
Order Per Curiam

Appellants Castine McIlhargey and Jody McIntyre, Individually, and Derivatively on Behalf of A+ Pro Recovery and Towing, LLC have filed a pro se "Plaintiffs' Notice of Accelerated Appeal and Request for Emergency Stay" in this cause. Appellants allege that the trial court has found them in contempt and has issued an order regarding the issuance of a writ of attachment in this case. They request that we stay the underlying case and the execution of judgments and orders signed since the inception of this appeal on or about September 7, 2021.

The Court requests that appellees, Erik M. Hager, Jason Rios, Eduardo Pena, Joanna Pena, and South Padre Towing and Recovery, LLC, file a response to the foregoing motion within ten days from the date of this order. In the interim, the Court grants appellants' request for emergency stay. We order all trial court proceedings and the execution of judgments and orders signed since the inception of this appeal on or about September 7, 2021, to be stayed pending further order of this Court.

PER CURIAM

Delivered and filed on the
18th day of November, 2021.

2